AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| RONALD R. LOWRY | ) | |
| | ) | Case No. 4:08CR00021-01 BRW |
| | ) | USM No. 24995-009 |
| | ) | Marjorie Rogers |
| | ) | Defendant's Attorney |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 2 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) **Mandatory, Standard & Special** of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Commission of another federal, state or local crime. | 01/08/2018 |
| Mandatory | Failure to register with the state sex offender registration agency in the state where you reside. | 05/08/2019 |
| Mandatory | Commission of another federal, state or local crime. | 05/08/2019 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5755

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:

02/15/2024
Date of Imposition of Judgment

*Billy R. Wilson* (signature)
Signature of Judge

BILLY ROY WILSON, U.S. DISTRICT JUDGE
Name and Title of Judge

2-22-2024
Date

DEFENDANT: RONALD R. LOWRY
CASE NUMBER: 4:08CR00021-01 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard (5) | Failure to maintain lawful employment. | 12/31/2017 |
| Standard (6) | Failure to notify probation officer ten days prior to any change in residence or employment. | 01/04/2018 |
| Special (15) | Failure to participate in a substance abuse treatment program. | 01/09/2018 |

Judgment — Page 3 of 3

DEFENDANT: RONALD R. LOWRY
CASE NUMBER: 4:08CR00021-01 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**24 months to run consecutively with Southern District of Georgia Case Number 2:19CR00021-1, with no term of supervised release to follow.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant be designated to FCI Tucson, AZ.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL